The Memorandum Decision below is hereby signed.
Dated: March 4, 2008.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                          )
                               )
MICHAEL CAMBARERI,             )   Case No. 05-01863
                               )   (Chapter 7)
            Debtor.            )
_____)
                               )
MICHAEL CAMBARERI,             )
                               )
            Plaintiff,         )
                               )
       v.                      )   Adversary Proceeding No.
                               )   07-10028
NCO PORTFOLIO,                 )
                               )   Not for Publication in
            Defendant.         )   West's Bankruptcy Reporter
```

MEMORANDUM DECISION RE MOTION FOR DEFAULT JUDGMENT

The plaintiff seeks default judgment against the defendant. Among the relief sought by the plaintiff is an award of the $260.00 cost of reopening the case because the creditor refused to refund the amounts that the plaintiff is avoiding as a preference. That is not an allowable cost. The debtor could have brought this adversary proceeding prior to the case being closed, and ought not be allowed to place the cost from his failing to do so on the defendant.

A judgment follows granting the relief the plaintiff seeks other than an award of the $260.00 cost of reopening the case.

[Signed and dated above.]

Copies to: All counsel of record; Defendant.